IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMPLOYERS AND LABORERS LOCALS 100 AND 397 PENSION FUND ET AL,<br><br>Plaintiff,<br><br>vs.<br><br>ZADE TRUCKING, LLC,<br><br>Defendants. | Case No. 21-cv-00957-JPG |

## MEMORANDUM AND ORDER

This Court hereby **GRANTS** Plaintiffs' MOTION for Order for Production (Doc. 12) and **ORDERS** Defendant ZADE Trucking, LLC ("ZADE Trucking") to produce fringe benefit reports from Defendant ZADE Trucking during the months of July 2020 and August 2021, as referenced in Plaintiffs' MOTION (Doc 12).

The Court further **ORDERS** Defendant ZADE Trucking to produce the fringe benefit reports during the months of July 2020 and August 2021 to Plaintiffs by **December 4, 2021**.

**IT IS SO ORDERED.**
**DATED: November 4, 2021**

                                                            /s J. Phil Gilbert
                                                           **J. PHIL GILBERT**
                                                           **UNITED STATES DISTRICT JUDGE**