IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMPLOYERS AND LABORERS LOCALS 100 AND 397 PENSION FUND ET AL, <br><br> Plaintiff, <br><br> vs. <br><br> ZADE TRUCKING, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 21-cv-00957-JPG |

## **MEMORANDUM AND ORDER**

On November 4, 2021, this Court submitted an Order granting Plaintiff Employers and Laborers Locals 100 and 397 Pension Fund, et al ("Plaintiffs") Motion for Production (Doc. 14). Specifically, this Court ordered Defendant ZADE Trucking, LLC ("ZADE Trucking") to produce fringe benefit reports during the months of July 2020 and August 2021 to Plaintiffs.

Accordingly, the Court **ORDERS** ZADE Trucking to **SHOW CAUSE** on or before December 27, 2021, why the Court should not hold ZADE Trucking in contempt. If ZADE Trucking has complied with the Order of Production (Doc. 14), ZADE Trucking is **ORDERED** to inform the Court on or before December 27, 2021.

**IT IS SO ORDERED.**
**DATED: December 13, 2021**

                                                          /s J. Phil Gilbert
                                                          **J. PHIL GILBERT**
                                                          **UNITED STATES DISTRICT JUDGE**