IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMPLOYERS AND LABORERS LOCALS 100 AND 397 PENSION FUND ET AL, <br><br> Plaintiff, <br><br> vs. <br><br> ZADE TRUCKING, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.  21-cv-00957-JPG <br> ) <br> ) <br> ) <br> ) |

## MEMORANDUM AND ORDER

Plaintiff Employers and Laborers Locals 100 and 397 Pension Fund, et al ("Plaintiffs") and Defendant ZADE Trucking, LLC ("ZADE Trucking") hereby jointly request this Court to vacate the judgment and for extension of time in order to give the parties additional time to effectuate settlement.

The Court hereby:

- **GRANTS** the parties consent motion to vacate the Clerk's Judgment and Extension of Time (Doc. 24);

- **VACATES** the Judgment of this Court entered on September 23, 2022 (Doc. 23);

- **DIRECTS** the Clerk of the Court to reopen this case;

- **DIRECTS** the Clerk of the Court to enter judgment of dismissal with prejudice and without costs 60 days from the date of this Order to effectuate settlement.

**IT IS SO ORDERED.**
**DATED: September 27, 2022**

                                                /s J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **UNITED STATES DISTRICT JUDGE**